479 A.2d 1101

Commonwealth v. Lewis, Appellant.

Submitted April 2, 1984. Lawrence D. MacDonald, for appellant;

Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Order affirmed.